BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 10-0427 JSW |
| v. | ) STIPULATION AND [PROPOSED] ORDER TERMINATING PROBATION |
| BRIAN WALTER SOTO, | ) |
| Defendant. | ) Honorable Jeffrey S. White |

With the approval of U.S. Probation Officer Daniel Zurita, the parties stipulate and jointly request that Defendant Brian Walter Soto be granted early termination of probation. Mr. Soto's term of three years probation, which was transferred on May 25, 2010, to this district from the Eastern District of Missouri, is currently set to expire in December 2011. According to Mr. Zurita, Mr. Soto otherwise has successfully completed all of the conditions of his probation, including 40 hours community service, mental health testing and treatment, and $100 special assessment.

IT IS SO STIPULATED.

                                      MELINDA HAAG
                                      United States Attorney

DATED: 3/8/2011             ___/s/_____
                                      ROBERT REES
                                      Assistant United States Attorney

DATED: 3/8/2011             ___/s/_____
                                      DANIEL P. BLANK
                                      Assistant Federal Public Defender
                                      Attorney for Brian Walter Soto

IT IS SO ORDERED.

DATED: March 9, 2011         _____
                                      JEFFREY S. WHITE
                                      United States District Judge